# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00647-CR

**Melvin George Nicholas, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE 453RD DISTRICT COURT OF HAYS COUNTY, NO. CR-21-0275-A, THE HONORABLE SHERRI TIBBE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Melvin George Nicholas seeks to appeal from judgments of conviction for criminally negligent homicide and unlawful possession of a firearm. *See* Tex. Penal Code §§ 19.05, 46.04(a). The trial court has certified that (1) this is a plea-bargain case and Nicholas has no right of appeal, and (2) Nicholas has waived the right of appeal. Accordingly, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 25.2(a)(2), (d).

Rosa Lopez Theofanis, Justice

Before Chief Justice Byrne, Justices Kelly and Theofanis

Dismissed for Want of Jurisdiction

Filed: December 8, 2023

Do Not Publish